1  GARLAND T. STEPHENS
   garland.stephens@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   700 Louisiana, Suite 1700
3  Houston, TX  77002
   Telephone:  (713) 546-5000
4  Facsimile:  (713) 224-9511

5  *Attorney for Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re* **SUBPOENAS TO Intel Corporation** | Misc. Case No. 17-MC-80099-KAW |
| Served in related cases: | **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO COMPEL AND ENFORCE SUBPOENAS** |
| *TQ Delta, LLC. V. Adtran, Inc., D. Del. Case Nos. 14-cv-00954, 15-cv-00121;* | |
| *TQ Delta, LLC v. Zhone Technologies, Inc. D. Del. Case No. 13-cv-1836-RGA;* | |
| and | |
| *TQ Delta, LLC v. ZyXEL Communications, Inc. and ZyXEL Communications Corp., D. Del. Case No. 13-cv-02013-RGA* | |

**[~~PROPOSED~~] ORDER**

The time by which Intel may file an opposition or otherwise respond to TQ Delta's motion to compel and enforce subpoena shall be extended to and including August 18, 2017.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/11/17

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATION
TO EXTEND TIME                                                                                         CASE NO. 17-MC-80099-KAW