UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO INTEL CORPORATION, | Case No. 4:17-mc-80099-KAW<br><br>**ORDER GRANTING PLAINTIFF TQ DELTA'S MOTION TO CHANGE TIME FOR FILING OF REPLY BRIEF**<br><br>Re: Dkt. No. 17 |

The parties are advised that the Northern District's Guidelines for Professional Conduct requires that the parties meet and confer in good faith and provides that "a lawyer should agree to reasonable requests for extensions of time when the legitimate interests of his or her client will not be adversely affected." (Northern District Guidelines § 4, available at: *http://cand.uscourts.gov/professional_conduct_guidelines*.)

Accordingly, and with good cause appearing, the deadline for TQ Delta LLC to file its Reply Brief in support of its Motion to Compel Out-Of-District Subpoenas Against Intel Corporation is extended by two weeks and TQ Delta LLC shall file such brief by no later than September 8, 2017. The Court is amenable granting future stipulations extending the briefing schedule in an effort to avoid unnecessary motion practice.

IT IS SO ORDERED.

Dated: August 24, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge